AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
CLERKS OFFICE
2005 MAY 17 A II: 51

ELSA CHAVARRIA,
    Plaintiff

V.

DILUIGI'S, INC. and ROBERT CAPEZZUTO,
    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 - 10808 NG**

TO: (Name and address of Defendant)

    DiLuigi's, Inc.
    41 Popes Lane
    Danvers, MA 01923

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Harold L. Lichten
    Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
    18 Tremont St., Ste. 500
    Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

APR 2 2 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

May 10, 2005

I hereby certify and return that on 5/9/2005 at 8:30AM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Trisha D., agent, person in charge at the time of service for DiLuigi's, Inc., 41 Popes Lane, Danvers MA 01923. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($9.60), Postage and Handling ($1.00), Copies ($5.00) Total Charges $47.10

Deputy Sheriff Chester Kozlosky

_____
Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.