UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELSA CHAVARRIA<br>       Plaintiff<br><br>v.<br><br>DILUIGI'S, INC. and ROBERT CAPEZUTTO<br>       Defendants | CIVIL ACTION NO. 05-10808 NG |

NOTICE OF APPEARANCE

Please enter the appearance Robert J. O'Keefe on behalf of Defendants DiLuigi's, Inc. and Robert Capezutto.

                              /s/ Robert J. O'Keefe
                              Robert J. O'Keefe, BBO #655653
                              *PEABODY & ARNOLD LLP*
                              30 Rowes Wharf
                              Boston, MA  02110
                              (617) 951-2100
                              rokeefe@peabodyarnold.com

Dated this 27th day of May, 2005.

PABOS2:ROKEEFE:615669_1