UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ELSA CHAVARRIA
        Plaintiff

v.

DILUIGI'S, INC. and ROBERT CAPEZUTTO
        Defendants

CIVIL ACTION NO. 05-10808 NG

**RULE 16.1 JOINT STATEMENT**

Pursuant to Local Rule 16.1 and the Court's Notice dated June 24, 2005, the parties submit the following Joint Statement.

I.    Summary of Positions

Plaintiff

Ms. Chavarria, an employee of DiLuigi's since 1996, alleges that she was sexually assaulted by Mr. Capezutto over a period of three years beginning in 2001. When she refused his advances towards the end of June 2004, she was transferred to work in a colder part of the plant and was subsequently taken off the work schedule in July. She confronted Mr. Capezutto about being taken off the schedule, and stated that she believed it was because she had refused his advances. She was terminated two days later.

Defendants

Defendants deny the plaintiff's allegations. Ms. Chavarria always worked in the same room, maintained at the same temperature. Ms. Chavarria was fired for insubordination, and Mr. Capezutto did not have any inappropriate relationship with Ms. Chavarria.

Defendants believe that plaintiff's allegations will not be substantiated by the evidence.

II.    Proposed Discovery Plan

The parties propose the following discovery schedule.

        Interrogatories and Document        October 28, 2006

|  | Requests Served | |
|---|---|---|
|  | Depositions Completed | January 6, 2006 |
|  | Expert Disclosures | |
|  | Of Plaintiff | February 15, 2006 |
|  | Of Defendants | March 15, 2006 |

III.  Proposed motion schedule

The parties propose the following motion schedule:

|  | Motion for Summary Judgment Filed | May 1, 2006 |
|---|---|---|

IV.  Certifications Signed by Counsel and by the Parties

The certifications required by Local Rule 16.1(D)(3) are attached hereto as Exhibits A and B.

V.  Plaintiff's Settlement Proposal

Ms. Chavarria presented her settlement proposal to defendants on July 14, 2005.

VI.  Trial by Magistrate Judge

The parties do not consent to trial by magistrate judge.

| ELSA CHAVARRIA, | DILUIGI'S, INC. AND ROBERT CAPEZUTTO, |
|---|---|
| By her attorney, | By their attorneys, |
| /s/ Harold Lichten | /s/ Robert J. O'Keefe |
| Harold Lichten, BBO #549689 | Philip M. Cronin, BBO #106060 |
| Amy Carlin, BBO#648336 | Rebecca J. Wilson, BBO #529980 |
| Pyle, Rome, Lichten, Ehrenberg | Robert J. O'Keefe, BBO #655653 |
|    & Liss-Riordan, P.C. | *PEABODY & ARNOLD LLP* |
| 18 Tremont Street, Ste. 500 | 30 Rowes Wharf |
| Boston, MA 02108 | Boston, MA  02110 |
| (617) | (617) 951-2100 |
| Dated: 7/15/05 | Dated: 7/15/05 |

PABOS2:ROKEEFE:618381_1

2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELSA CHAVARRIA<br><br>　　　　　Plaintiff<br><br>v.<br><br>DILUIGI'S, INC. and ROBERT CAPEZUTTO<br><br>　　　　　Defendants | CIVIL ACTION NO. 05-10808 NG |

## DEFENDANT DILUIGI'S, INC.'S RULE 16.1(D)(3) CERTIFICATION

The undersigned affirms that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L. R. 16.4.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Philip M. Cronin, BBO #106060
　　　　　　　　　　　　　　　　　Rebecca J. Wilson, BBO #529980
　　　　　　　　　　　　　　　　　Robert J. O'Keefe, BBO #655653
　　　　　　　　　　　　　　　　　*PEABODY & ARNOLD LLP*
　　　　　　　　　　　　　　　　　30 Rowes Wharf
　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　(617) 951-2100

　　　　　　　　　　　　　　　　　DILUIGI'S, INC.

　　　　　　　　　　　　　By: _____

Dated this 15th day of July, 2005.

PABOS2:ROKEEFE:618368_1

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELSA CHAVARRIA<br><br>        Plaintiff<br><br>v.<br><br>DILUIGI'S, INC. and ROBERT CAPEZUTTO<br><br>        Defendants | CIVIL ACTION NO. 05-10808 NG |

## DEFENDANT ROBERT CAPEZUTTO'S RULE 16.1(D)(3) CERTIFICATION

The undersigned affirms that they have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L. R. 16.4.

                                            Philip M. Cronin, BBO #106060
                                            Rebecca J. Wilson, BBO #529980
                                            Robert J. O'Keefe, BBO #655653
                                            *PEABODY & ARNOLD LLP*
                                            30 Rowes Wharf
                                            Boston, MA 02110
                                            (617) 951-2100

                                            Robert Capezutto

Dated this 15th day of July, 2005.