UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELSA CHAVARRIA<br><br>        Plaintiff<br><br>v.<br><br>DILUIGI'S, INC. and ROBERT CAPEZUTTO<br><br>        Defendants | CIVIL ACTION NO. 05-10808 NG |

## NOTICE OF APPEARANCE

Please enter the appearance Philip M. Cronin on behalf of Defendants DiLuigi's, Inc. and Robert Capezutto.

        /s/ Philip M. Cronin
        Philip M. Cronin, BBO #106060
        *PEABODY & ARNOLD LLP*
        30 Rowes Wharf
        Boston, MA  02110
        (617) 951-2100
        pcronin@peabodyarnold.com

Dated this 22nd day of July, 2005.

615702_1