UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ELSA CHAVARRIA | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 05-10808-NG |
| | ) | |
| DILUIGI'S, INC. and | ) | |
| ROBERT CAPEZUTTO | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

After a status conference held today pursuant to Fed. R. Civ. P. 16(b), it is hereby

ORDERED as follows:

1.      To the extent that they have not already done so, the parties shall make their automatic disclosures by **July 29, 2005.**

2.      Financial information shall be produced subject to an agreed-upon confidentiality agreement, which shall limit access to the information to counsel and experts.

3.      The plaintiff shall be deposed first.

4.      Fact discovery, including depositions, shall be completed by **January 6, 2006**.

5.      The plaintiff shall make her expert disclosures by **February 15, 2006**.  The defendants shall make their expert disclosures by **March 15, 2006**.

6.      Motions for summary judgment shall be filed by **May 1, 2006.**

7.      The next status conference is scheduled for **Thursday, December 15, 2005 at 2:30 p.m.**  At that time, the parties shall be prepared to discuss:

        (a)      the status of the case;

(b)    scheduling for the remainder of the case through trial;
(c)    use of alternative dispute resolution ("ADR") programs; and
(d)    consent to trial before the Magistrate Judge.

8.    The parties shall submit a brief joint statement no later than five (5) business days
      before the conference addressing the issues itemized in paragraph (7) above. The
      parties shall just indicate if an agreement has been reached to use ADR or to have
      the matter tried by a Magistrate Judge. The respective positions of each party do
      not have to be identified.


                                              / s / Judith Gail Dein
                                              Judith Gail Dein
DATED: July 22, 2005                          United States Magistrate Judge