UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELSA CHAVARRIA<br><br>              Plaintiff<br><br>v.<br><br>DILUIGI'S, INC. and ROBERT<br>CAPEZZUTO<br><br>              Defendants | CIVIL ACTION NO. 05-10808 NG |

## AGREED PROTECTIVE ORDER GOVERNING THE PRODUCTION OF CERTAIN INFORMATION BY THE PARTIES

Plaintiff, Elsa Chavarria ("Chavarria") and Defendants, DiLuigi's, Inc. ("DiLuigi's") and Robert Capezzuto ("Capezzuto") hereby stipulate as follows:

1.      In connection with discovery in this action (the "Action"), the parties may designate as "Confidential" any information that they, in good faith, believe embodies confidential financial information relating to Defendants DiLuigi's and Capezzuto ("Confidential Financial Information" or "Confidential Financial Documents");

(a)      Documents produced may be designated as confidential by stamping each page containing Confidential Financial Information with the legend "Confidential" at the time of production or copying.

(b)      Answers to Interrogatories or Responses to Requests for Production of Documents may be designated as confidential by stamping same with the legend "Confidential" when served.

(c)    Any deposition testimony may be designated as "Confidential" at the time of the deposition or within 30 days of receipt of the deposition transcript.  Until the 30-day period has elapsed, all deposition testimony shall be treated as confidential by the parties.

2.    The Confidential Financial Information produced or disclosed throughout the course of this litigation shall be used only for the purposes of this litigation.  Confidential Financial Information shall not be disclosed to any persons or entities except the following:

(a)    Counsel to the parties ("Counsel"), and the clerical, paralegal, and secretarial staff employed or retained by such Counsel and the parties' insurers who need to review such information in connection with this Action;

(b)    The Court and Court personnel, including Court reporters and stenographic reporters employed in connection with this Action or any appeal thereof;

(c)    Consultants or experts separately consulted, retained, or employed in good faith to assist a party in the evaluation, prosecution, or defense of this Action, provided that any such consultant or expert consents to abide by all the terms of this Stipulation and evidences his or her consent by executing the certificate attached to this Stipulation before receiving any "confidential" information.

3.    Nothing herein shall prevent any of the parties from seeking either an agreement of the parties or, if the parties cannot first agree, an appropriate order from the Court to restrict or expand the classes or subclasses of person to whom Privileged and Confidential documents may be disclosed.

4.    Nothing herein shall prevent any of the parties from publicly disclosing any of their own Confidential Financial Information as they deem appropriate.

5.      At the conclusion of this litigation, all Confidential Financial Information

produced to any party shall be returned to the producing party within thirty days of the entry of

final judgment or the expiration of time for appeal.

6.      The terms of this Stipulation may be amended or modified by the written

agreement of the parties or by order of the Court..

ELSA CHAVARRIA,

By her attorneys,


/s/ Harold Lichten

_____
Harold Lichten, BBO #549689
Pyle, Rome, Lichten, Ehrenberg
        & Liss-Riordan, P.C.
18 Tremont Street, Ste. 500
Boston, MA 02108
(617) 367-7200

Dated: 8/3/2005

DILUIGI'S, INC. AND ROBERT
CAPEZZUTO,

By their attorneys,


/s/ Robert J. O'Keefe

_____
Philip M. Cronin, BBO #106060
Rebecca J. Wilson, BBO #529980
Robert J. O'Keefe, BBO #655653
*PEABODY & ARNOLD LLP*
30 Rowes Wharf
Boston, MA  02110
(617) 951-2100

Dated: 8/3/2005


Entered as an Order of the Court this_____ day of _____, 2005.


_____

<u>CERTIFICATE</u>

I hereby certify my understanding that Confidential Financial Information is being

provided to me pursuant to the terms and restrictions of the Confidentiality Stipulation governing

the production and use of confidential documents and information dated _____, and

that I have been given a copy of the Stipulation and agree to be bound by its terms.  I understand

that all such Confidential Financial Information I may be shown, including copies thereof and

any notes and transcriptions made therefrom, are to be used only for the purposes of this

litigation and for no other purpose.  I also understand that such Confidential Financial

Information shall be returned or destroyed in the manner provided in the Stipulation at the

conclusion of this litigation.


Signature: _____ Date: _____


Print Name: _____

PABOS2:ROKEEFE:620104_1