UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELSA CHAVARRIA )<br>　　　Plaintiff )<br> )<br>v. )<br> )<br>DILUIGI'S, INC., and ROBERT )<br>CAPEZZUTO )<br>　　　Defendants )<br> ) | Civil Action No. 05-CV-10808-NG |

NOTICE OF APPEARANCE

Please enter an appearance for Alfred Gordon as counsel on behalf of the Plaintiff. Harold L. Lichten, who has already entered an appearance, will continue as lead counsel for the Plaintiff in this matter.

Respectfully submitted,

  s/Alfred Gordon
Alfred Gordon, BBO #630456
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
Date:  August 23, 2005            (617) 367-7200

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by U.S. Mail on August 23, 2005.

  s/Alfred Gordon
Alfred Gordon