UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ELSA CHAVARRIA
                    Plaintiff

v.

DILUIGI'S, INC. and ROBERT
CAPEZZUTO
                    Defendant

CIVIL ACTION NO. 05-10808 NG

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), the Plaintiff Elsa Chavarria, and

the Defendants DiLuigi's, Inc. and Robert Capezzuto, hereby stipulate that the Plaintiff's

Complaint in this action shall be dismissed with prejudice, without costs and waiving all rights of

appeal and/or rights to petition for attorneys' fees and/or expenses.

Respectfully submitted

ELSA CHAVARRIA

By her attorneys,

Shannon Liss-Riordan
B.B.O. # 640716
Pyle, Rome, Lichten, Ehrenberg &
        Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

DILUIGI'S INC. and
ROBERT CAPEZZUTO

By its attorneys,

*Rebecca J. Wilson* SPC

Philip M. Cronin, BBO #106060
Rebecca J. Wilson, BBO #529980
Robert J. O'Keefe, BBO #655653
*PEABODY & ARNOLD LLP*
30 Rowes Wharf
Boston, MA  02110
(617) 951-2100

## CERTIFICATE OF SERVICE

I, Rebecca J. Wilson, Esq., hereby certify that I, this 6th day of December, 2005, served by first class mail, postage prepaid, a copy of the foregoing document upon the following counsel of record:

Shannon Liss-Riordan, Esq.
Pyle, Rome, Lichten, Ehrenberg
      & Liss-Riordan, P.C.
18 Tremont Street, Ste. 500
Boston, MA 02108

*Rebecca J. Wilson* SPC

Rebecca J. Wilson, BBO #529980

627672_1

2